IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT GUILFOYLE<br>*Plaintiff*, | § § § § | No. 1:23-cv-240-DAE |
| vs. | § § § § | |
| LIBERTY MUTUAL INSURANCE COMPANY<br>*Defendant*. | § § § § | |

### ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice (Dkt. # 18.) The Court is of the opinion that such Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims asserted by Plaintiff in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, with each party to bear its own costs and attorneys' fees. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, April 9, 2024.

_____
David Alan Ezra
Senior United States District Judge